1  Lily Becker SBN 251145
   STEVENS BECKER P.C.
2  lily@stevensbecker.com
3  345 West Portal Avenue, Suite 110
   San Francisco, California 94127
4  Telephone: (415) 237-3830

6  Attorneys for Applicant
7  Bull Gaming N.V.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re *Ex Parte* Application of Bull Gaming N.V., <br><br> Applicant | CASE NO: <br><br> ***EX PARTE* APPLICATION OF BULL GAMING N.V. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

Applicant BULL GAMING N.V., which owns the brand ROLLBIT, ("Applicant") hereby makes this *ex parte* application for an order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in foreign proceedings ("Application"). Applicant seeks limited discovery from PAYWARD, INC. (d/b/a Kraken) ("Kraken") for use in a lawsuit Applicant intends to file in Curaçao against James Hopkins, a user of Rollbit.com

The Application is supported by the Memorandum of Points and Authorities and Declarations of Thomas Aardenburg and Tori Brown. The proposed subpoena to be served is included as Attachment 1 to this Application.

Dated: August 12, 2024        STEVENS BECKER P.C.

By: _____
Lily Becker
Attorney for Applicant
BULL GAMING N.V.