KEKER, VAN NEST & PETERS LLP
TRAVIS SILVA - # 295856
tsilva@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Proposed Intervenor
JOHN DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BULL GAMING N.V., | Case No. 3:24-mc-80207-LJC |
|---|---|
| Applicant | **STIPULATION AND [PROPOSED] ORDER RE DOE'S MOTION TO INTERVENE, MERITS BRIEFING, AND VACATING AND RESETTING MERITS HEARING** |
| | Judge:     Hon. Lisa J. Cisneros |
| | Date Filed: August 12, 2024 |

STIPULATION AND [PROPOSED] ORDER RE DOE'S MOTION TO INTERVENE, MERITS BRIEFING, AND
VACATING AND RESETTING MERITS HEARING
Case No. 3:24-mc-80207-LJC

2850541

**STIPULATION REGARDING JOHN DOE'S MOTION TO INTERVENE, MERITS BRIEFING, AND VACATING AND RESETTING MERITS HEARING**

Applicant Bull Gaming N.V., Respondent Payward Inc. d/b/a Kraken, Intervenor James Hopkins, and Proposed Intervenor John Doe, having met and conferred through counsel, hereby stipulate as follows:

**I.   STIPULATION REGARDING DOE'S MOTION TO INTERVENE**

1. Currently pending before the Court is the motion of John Doe, the holder of the Kraken wallet that is the target of the proposed subpoena, to intervene in this matter (Dkt. 28). Bull Gaming filed a Response (Dkt. 30) to that motion. Kraken and Hopkins have not filed a response.

2. Kraken and Hopkins do not oppose Doe's motion to intervene.

3. Bull Gaming does not oppose Doe's motion to intervene while expressly reserving all rights and arguments set forth in its Response (Dkt. 30) and waiving none.

4. The parties stipulate to Doe's entry into the case as an intervenor.

**II.   STIPULATION REGARDING MERITS BRIEFING AND HEARING.**

1. A hearing is currently scheduled for January 21, 2025 hearing on Bull Gaming's Application and Hopkins' Opposition thereto. Doe intends to file an Opposition. The parties agree that a consolidated hearing, in which both Doe and Hopkins' Opposition may be considered, is appropriate. The parties request that the Court vacate the January 21, 2025 hearing because (i) Doe is still to file his opposition and Bull Gaming is still to file its reply thereto and (ii) Hopkins' counsel has pre-planned international travel scheduled for January 21.

2. The parties agree that Doe will file his opposition to Bull Gaming's Application (Dkt. 1) on January 28. Any replies thereto shall be filed by February 11.

3. Bull Gaming's UK-based client representative intends to attend the merits hearing. In light of that international travel, Bull Gaming respectfully requests that such hearing be specially set for February 27, 2025. Kraken, Hopkins, and Doe take no position on that request. The parties are otherwise available for a hearing on March 4.

//

Dated:  January 10, 2025                                      STEVENS BECKER P.C.

                                                        By:  */s/ Lily Stevens Becker*
                                                             LILY STEVENS BECKER

                                                             Attorneys for Applicant
                                                             BULL GAMING N.V.

Dated:  January 10, 2025                                      PAYWARD, INC. dba KRAKEN

                                                        By:  */s/ Robert S. Sandoval*
                                                             ROBERT S. SANDOVAL

                                                             Attorney for
                                                             PAYWARD, INC. dba KRAKEN

Dated:  January 10, 2025                                      BLANK ROME

                                                        By:  */s/ Dennis M. P. Ehling*
                                                             DENNIS M. P. EHLING

                                                             Attorneys for Intervenor
                                                             JAMES HOPKINS

Dated:  January 10, 2025                                      KEKER, VAN NEST & PETERS LLP

                                                        By:  */s/ Travis Silva*
                                                             TRAVIS SILVA

                                                             Attorneys for Proposed Intervenor
                                                             JOHN DOE

## ATTESTATION

By filing this document, undersigned counsel attests that the other signatories listed and on whose behalf this filing is jointly submitted, have authorized this filing.

Dated:  January 10, 2025

                                                             */s/ Travis Silva*
                                                             TRAVIS SILVA

2
STIPULATION AND [PROPOSED] ORDER RE DOE'S MOTION TO INTERVENE, MERITS BRIEFING, AND VACATING AND RESETTING MERITS HEARING
Case No. 3:24-mc-80207-LJC

2850541

**[PROPOSED] ORDER**

Pursuant to this stipulation, it is hereby ORDERED that:

1. John Doe's Motion to Intervene (Dkt. 28) is GRANTED. Doe shall file his consent or declination form within 7 days of the date of entry of this order.

2. The January 21, 2025 hearing on Bull Gaming's Application is VACATED.

3. Doe's Opposition to the Application shall be filed no later than January 28, 2025.

4. Any replies to Doe's Opposition shall be filed no later than February 11, 2025.

5. The hearing on the Application is reset for [February 27, 2025 / March 4, 2025] at 10:30 a.m.

**IT IS SO ORDERED**.

DATED: January 10, 2025

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge