KEKER, VAN NEST & PETERS LLP
TRAVIS SILVA - # 295856
tsilva@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Intervenor
JOHN DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BULL GAMING N.V., | Case No. 3:24-mc-80207-LJC |
|---|---|
| | **AS MODIFIED** [PROPOSED] **ORDER GRANTING INTERVENOR JOHN DOE'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF THE COURT'S ORDER DENYING § 1782 APPLICATION** |
| | Judge:       Hon. Lisa J. Cisneros |
| | Date Filed: August 12, 2024 |

[PROPOSED] ORDER GRANTING INTERVENOR JOHN DOE'S ADMINISTRATIVE MOTION FOR
CLARIFICATION OF THE COURT'S ORDER DENYING § 1782 APPLICATION
Case No. 3:24-mc-80207-LJC

2886391

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Intervenor John Doe's Administrative Motion for Clarification of the Court's March 11, 2025 Order Denying § 1782 Application. The Court will issue a corrected order.

The correction, at page 20, lines 9-13, is as follows:

While Victoria Brown attests that new users are required to check a box confirming that they read and accepted Bull Gaming's Terms and Conditions, her declaration and the attached exhibit show that this procedure was in place in September 2024, ~~before~~ <u>after</u> Hopkins first opened his account <u>in February 2023</u>.

Strikethroughs indicate deletions and underlines indicate additions. The order otherwise is unchanged. The effective date of the order (March 11, 2025) remains the same.

**IT IS SO ORDERED**.

Dated: March 19, 2025

Hon. Lisa J. Cisneros

1

[~~PROPOSED~~] ORDER GRANTING INTERVENOR JOHN DOE'S ADMINISTRATIVE MOTION FOR CLARIFICATION OF THE COURT'S ORDER DENYING § 1782 APPLICATION
Case No. 3:24-mc-80207-LJC

2886391